**No. 69420.**—Consolidated Factors and James G. Wiley & Co. *v.* United States, protest 61/11238 (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of marlon fish netting similar in all material respects to that the subject of Abstract 63947, the claim of the plaintiffs was sustained.

**No. 69421.**—Coles Cranes, Inc. *v.* United States, protests 61/6132–11647, etc. (Chicago).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof the same in all material respects as those the subject of Abstract 67483, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 24, 1965

**No. 69422.**—Anderson, Clayton & Co. *v.* United States, protest 64/19235 (Los Angeles).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (51 CCPA 1, C.A.D. 827), the claim of the plaintiff was sustained as to 50 percent of the merchandise and dismissed as to the balance.

JUNE 21, 1965

**No. 69423.**—The Garcia Corp. *v.* United States, protest 59/33275.—

Plaintiff's application for rehearing denied.

JUNE 23, 1965

**No. 69424.**—Mannesmann-Meer, Inc. *v.* United States, protest 61/24165.—

Motion of Government for rehearing granted.